

**Embassy of the United States of America**
Dhaka, Bangladesh
September 24, 2025

The Honorable Edward J. Markey
United States Senate

Dear Senator Markey:

This is in response to your email on behalf of your constituent, Mr. Shariott Ullah regarding the immigrant visa application of Nur Ullah (DHK2015733034)

Please be informed that this visa application is undergoing administrative processing. We realize these extended time periods may cause frustration for your constituent. Nonetheless, the U.S. Embassy in Dhaka, like all U.S. embassies and consulates, must adjudicate visas in accordance with U.S. immigration law, and in some cases, this involves extensive administrative processing. Please know that both U.S. Embassy Dhaka and the U.S. Department of State are aware of your concerns and will do everything possible to see that the case is adjudicated as quickly as is prudent.

If Mr. Ali has additional questions regarding this application, he can contact us directly at support-bangladesh@usvisascheduling.com

Any information pertaining to the issuance or refusal of visas or permits to enter the United States shall be considered confidential under Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f). Because you are inquiring on behalf of the applicant, we are releasing this information to you.

Kind Regards,

Acting Consul General

Consular Section, Embassy of the United States of America,
Madani Avenue, Baridhara, Dhaka 1212
Bangladesh
Phone: 88-02-5566-2000
Visit us at https://bd.usembassy.gov/



UNITED STATES *of* AMERICA