UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHARIOT ULLAH,

               Plaintiff,

    v.

HELEN LAFAVE, et al,

               Defendants.

Civil Case No. 25-12804-LTS

**DEFENDANTS' ASSENTED-TO MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, with Plaintiff's assent, respectfully request that the Court extend their deadline to respond to Plaintiff's complaint by two weeks—from December 1, 2025 to December 15, 2025. As support for this motion, Defendants state as follows.

1. Plaintiff filed the complaint in this action on September 28, 2025, then served the United States Attorney for the District of Massachusetts on September 30, 2025. Defendants' current deadline to respond is therefore December 1, 2025.

2. Plaintiff seeks judicial review under the Administrative Procedure Act, alleging that Defendants have unreasonably delayed in adjudicating her son's immigrant visa application.

3. Given the lapse in appropriations following the filing of the complaint, Defendants respectfully request a modest amount of additional time to respond to the complaint to allow agency counsel sufficient time to review the matter and Defendants' response.

4. Defendants' counsel has conferred with counsel for the Plaintiff, who assents to the requested relief.

5. This is the first extension of time sought by Defendants in this matter.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court extend their deadline to respond to Plaintiff's complaint up to and including December 15, 2025.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: November 25, 2025          By:      */s/ Michael L. Fitzgerald*
                                                  MICHAEL L. FITZGERALD
                                                  Assistant United States Attorney
                                                  U.S. Attorney's Office
                                                  1 Courthouse Way, Ste. 9200
                                                  Boston, MA 02210
                                                  (617) 748-3266
                                                  michael.fitzgerald2@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with counsel for Plaintiff, who assents to the requested relief.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney