UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHARIOT ULLAH and                                          Civil Action No. 25-cv-12804-LTS

NUR ULLAH,

                                                                   Agency Case No. DHK2015733034

Plaintiffs,


v.


HELEN LaFAVE, Chargé d'Affaires,

U.S. Embassy in Dhaka, Bangladesh,

and

MARCO RUBIO, Secretary of State,


Defendants.

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and 5 U.S.C. § 705, Plaintiffs Shariot Ullah and Nur Ullah respectfully move for a preliminary injunction. Congress required consular officers to decide family-sponsored immigrant visa applications one applicant at a time. Defendants are not doing that here. Embassy Dhaka told Nur Ullah that, "[a]s a result of this pause," his case "has been found ineligible" under § 221(g). The record does not show a case-specific finding that Nur Ullah is likely to become a public charge. It shows enforcement of the January 14, 2026 Department rule against nationals of Bangladesh.

Plaintiffs ask the Court to enjoin Defendants Marco Rubio, Secretary of State, and Helen LaFave, Chargé d'Affaires, U.S. Embassy in Dhaka, from applying that January 14 rule to Nur Ullah's immigrant visa case and to order Defendants, within twenty-one (21) days, to resume and

1

complete lawful, case-by-case adjudication under the INA. Plaintiffs do not ask the Court to order visa issuance.

Plaintiffs ask only for lawful adjudication under the statutes Congress wrote, not for a ruling on any other admissibility issue.

This motion is based on the accompanying memorandum of law and exhibits, the First Amended Complaint, and the full record.

Dated April 13, 2026
Respectfully submitted,

PLAINTIFFS,
By their attorneys,
/s/ Carl Hurvich
Carl Hurvich, Esq. (BBO #698179), Brooks Law Firm, 10 High Street, Ste. 3, Medford, MA 02155, (617) 245-8090 | carl@brookslawfirm.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel certifies that he conferred in good faith with counsel for Defendants regarding the relief requested in this motion, and Defendants oppose the requested relief.

/s/ Carl Hurvich
Carl Hurvich
April 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026 this document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record via CM/ECF.

/s/ Carl Hurvich
Carl Hurvich
April 13, 2026