**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SHARIOT ULLAH and NUR ULLAH,

Plaintiffs,

v.

HELEN LaFAVE and MARCO RUBIO,

Defendants.

Civil Action No. 1:25-cv-12804-LTS

## JOINT STATUS REPORT

1. On August 13, 2026, the parties filed a Joint Status Report stating that, if the Department of State did not complete its adjudication of Plaintiff Nur Ullah's immigrant-visa application within two weeks, the parties would submit a proposed schedule for production of the administrative record and cross-motions for summary judgment. ECF No. 36. The Court directed the parties to file a further joint status report regarding the proposed schedule, ECF No. 37, and later extended that deadline to September 16, 2026. ECF Nos. 40–41.

2. As of September 16, 2026, Plaintiff Nur Ullah's immigrant-visa application remains without a final adjudication, and no visa has issued.

## PLAINTIFFS' PROPOSAL

3. The parties propose that the Court enter the following schedule for resolution of the remaining claims:

| Date | |
|---|---|
| September 30, 2026 | Defendants produce the administrative record. |
| October 30, 2026 | Plaintiffs file their motion for summary judgment. |
| November 23, 2026 | Defendants file their opposition to Plaintiffs' motion and cross-motion for summary judgment. |
| December 8, 2026 | Plaintiffs file their reply in support of their motion and opposition to Defendants' cross-motion. |

Dated: September 16, 2026

Respectfully submitted,

**PLAINTIFFS,**
By their attorney,

/s/Carl Hurvich, Esq.
Carl Hurvich, Esq. (BBO #698179)
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
(617) 245-8090
carl@brookslawfirm.com

**DEFENDANTS,**

**LEAH B. FOLEY**
United States Attorney

By: /s/ Robert E. Richardson
Robert E. Richardson
Assistant United States Attorney
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3247
Robert.Richardson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Court's CM/ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing, and that paper copies will be sent to any participants not registered for electronic service.

/s/ Robert E. Richardson
Robert E. Richardson