**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SHARIOT ULLAH and NUR ULLAH,
Plaintiffs,
v. Civil Action No. 25-cv-12804-LTS
HELEN LAFAVE and MARCO RUBIO,
Defendants.

**Plaintiffs' Motion for Summary Judgment**

Pursuant to Federal Rule of Civil Procedure 56 and the schedule established in Doc. No. 43, Plaintiffs Shariot Ullah and Nur Ullah move for summary judgment on Counts I and VI of the amended complaint, the same coercive relief under Count III in the alternative, and relief on Count II to the extent it concerns the same unlawful maintenance of the nationality pause and administrative-processing barrier.

For the reasons set forth in the accompanying memorandum and statement of material undisputed facts, Plaintiffs request that the Court:

I. Declare the January 14, 2026 nationality-based immigrant-visa pause unlawful and permanently enjoin its application to Nur Ullah's immigrant-visa application;

II. Order Defendants to complete individualized adjudication of Nur's application within thirty days, without postponement solely for further public-charge policy development or training;

III. Require Defendants, within seven days, to submit a sworn report identifying any remaining applicant document, incomplete check, visa-number issue, or other specific impediment; the steps and time required to resolve it; and any later public-charge criteria, worksheets, training prerequisites, or adjudication-review requirements applied to Nur;

IV. Upon findings establishing application and causation, grant the tailored protection described in the memorandum against additional or more burdensome public-charge requirements whose application to Nur results from the unlawful pause or ensuing unlawful delay;

V. Retain jurisdiction to enforce the adjudication schedule; and

VI. Alternatively, enter summary judgment on Count VI and order prompt, limited supplementation concerning unresolved delay facts and the additional remedial terms under Rules 56(e) and 56(g).

This motion is supported by the accompanying memorandum, statement of material undisputed facts, Exhibits A–D (including the administrative record and Peterson certification as Exhibit A), the signed declarations of Nur Ullah and Mohammed Uddin, and the filings in this action cited therein.

Respectfully submitted,
SHARIOT ULLAH and NUR ULLAH,
By their attorney,

/s/ Carl Hurvich
Carl Hurvich (BBO No. 698179)
Brooks Law Firm
10 High Street, Suite 3
Medford, MA 02155
(617) 245-8090
carl@brookslawfirm.com

Dated: October 30, 2026

**Certificate of Conferral Under Local Rule 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), I certify that counsel for the parties conferred in good faith but were unable to narrow the issues presented by this motion.

/s/ Carl Hurvich

**Certificate of Service**

I certify that on October 30, 2026, the foregoing motion and supporting documents were filed through the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ Carl Hurvich